UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF CONNECTICUT (HARTFORD)

In re:                                                          Chapter 13
Roberta C. Burns-MacNaughton                    Case No.: 15-22033
Aka Roberta B. MacNaughton

    Debtor
_____/

## OBJECTION TO PLAN

Now comes CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB (together with its predecessors, successors, affiliates, principals, and assigns, "Creditor") a creditor and party in interest herein, and, by and through its undersigned counsel, hereby objects to the proposed Chapter 13 Plan filed by Roberta C. Burns-MacNaughton ("Debtor"). As grounds, Creditor states as follows:

1. Creditor is a secured creditor of Debtor and is secured by a first mortgage on Debtor's property located at 10 Rolling Green, East Granby, CT 06026 (the "Property").

2. According to Creditor's Proof of Claim, its total secured claim is $608,919.33 with a pre-petition arrearage of $139,247.64.

3. On or about February 09, 2016, Debtor filed a proposed Amended Chapter 13 Plan (the "Plan").

4. The Plan provides for payment of the pre-petition arrearage owed to Creditor in the amount of $126,963.00.

5. The Plan does not provide for adequate treatment of Creditor's secured claim and is not feasible.

WHEREFORE, Creditor respectfully requests that this Honorable Court deny confirmation of Debtor's proposed Chapter 13 Plan.

                                                    CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB

Dated: March 21, 2015

                                                    By its Attorneys,

                                                    /s/ Patricia A. Davis_____
                                                    Patricia A. Davis, Esq.,
                                                    Marinosci Law Group, P.C.

275 West Natick Road, Suite 500
Warwick, RI 02886
Telephone: (401) 234-9200
pdavis@mlg-defaultlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF CONNECTICUT (HARTFORD)

In re:  
Roberta C. Burns-MacNaughton  
Aka Roberta B. MacNaughton

Chapter 13  
Case No.: 15-22033

    Debtor

_____/

**CERTIFICATE OF SERVICE**

    I, Patricia A. Davis, Esq. of Marinosci Law Group, P.C., do hereby certify that on March 21, 2016 I served a copy of the Objection to Plan on the attached service list by mailing a copy of same by first class mail, postage prepaid or other method specified on service list.

    Signed this 21st day of March, 2016.

    /s/ Patricia A. Davis_____  
Patricia A. Davis, Esq.,  
Marinosci Law Group, P.C.  
275 West Natick Road, Suite 500  
Warwick, RI 02886  
Telephone: (401) 234-9200  
pdavis@mlg-defaultlaw.com

VIA ECF  
U.S. Trustee on behalf of the US Trustee  
Molly T. Whiton, on behalf of the Trustee

VIA US MAIL  
Roberta C. Burns-MacNaughton  
P.O. Box 270  
Easy Granby, CT 06026