UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN THE MATTER OF ) IN PROCEDINGS UNDER CHAPTER 13

ROBERTA C. BURNS-MACNAUGHTON ) CASE NO. 15-22033

DEBTOR ) DATE: JUNE 3, 2016

## AMENDED CHAPTER 13 PLAN

1. The Debtor submits all or such portion of her future income to the control of the Trustee as is necessary for the execution of the plan. The Debtor shall pay to the Trustee the sum of $2624.20 each month, for 60 months.

2. From the payments so received, the Trustee shall make disbursements as follows:

   a. THE SECURED CLAIM: Payment shall be made to the secured creditors whose claims are duly proved and allowed, together with interest, if applicable, as hereinafter set forth:

      i. Mortgage arrearage in the amount of $139,247.64 (a portion of Claim No. 5-1) due to CIT Bank, N. A. fka OneWest Bank, N. A., fka OneWest Bank, FSB shall be paid in 60 equal monthly installments of $2,320.79 until said mortgage arrearage is paid in full.

      ii. Judgment Lien in the amount of $2,524.23 (Claim No. 2) plus interest at 5.5%, due to Connecticut Valley Radiology PC shall be paid in 60 equal monthly installments of $48.21 until said judgment lien is paid in full.

      iii. Postpetition Mortgage Fees, Expenses and Charges in the amount of $250.00 (a portion of Claim No. 5) due to CIT Bank, N.A. shall be paid in 60 equal monthly installments of $4.17 until paid in full.

      iv. The Sum of monthly payments to all secured creditors is $2,373.17.

   b. GENERAL NONPRIORITY UNSECURED CLAIMS: The Debtor hereby submits 100 % of her monthly disposable income under Section1325(b)(2) [Official Form

1

122C-2 Line 45] in the amount of $251.03 per month to be paid to all General Nonpriority Unsecured Creditors who have filed a Proof of Claim which have been duly proved and allowed, without priority, on a pro rata basis. The Sum of such Claims total $36,257.66.

The Sum of the Debtors monthly disposable income is $15,061.80 ($251.03 x 60) or 41.54% of the Sum of such Claims.

The Trustee shall make monthly payments to the Nonpriority Unsecured Creditors in an amount equal to 41.54% of their Claim as hereinafter set forth;

   i. Calvary SPV I, LLC, whose claim amount is $3,789.99 (Claim No. 1) shall be paid 41.54% of their claim, a total of $1574.36 in 60 equal monthly installments of $26.24.

   ii. American Express Bank, FSB, whose claim amount is $13,816.66 (Claim No. 3), shall be paid 41.54% of their claim, a total of $5,739.44 in 60 equal monthly installments of $95.66.

   iii. American Express Bank, FSB, whose claim $18,651.01 (Claim No. 4), shall be paid 41.54% of their claim, a total of $7,747.63 in 60 equal monthly installments of $129.13.

   iv. The sum of monthly payments to all Nonpriority Unsecured Creditors who have filed a Proof of Claim is $251.03.

3. General Nonpriority Unsecured Creditors who fail to file a Proof of Claim prior to the Deadline to File a Proof of Claim will not receive distribution under this plan. The total debts of all General Nonpriority Unsecured Creditors who have failed to file a Proof of Claim are $100,563.34.

4. Adequate Protection Payments: Prior to the confirmation of this plan, the debtor shall make

2

monthly adequate protection payments in the amount of $2,373.17 directly to the Trustee until such time that the plan payment is confirmed. Upon confirmation of the plan, said adequate protection payments shall cease and the entire monthly plan payment shall be paid to the Trustee for distribution pursuant to the plan.

5. Post-petition, both prior to and upon confirmation of the plan, the Debtor will pay the required monthly payments to her first mortgage lender outside of the plan. Said payments of principal and interest, together with sums escrowed monthly by the secured creditor for real estate property tax and homeowners insurance for a debt secured by the Debtor's personal property in the amount of $469,671.69 (a portion of Claim No. 5) shall be paid to CIT Bank, N.A., fka OneWest Bank N.A., fka OneWest Bank, FSB in the amount of $2,750.61 monthly, as follows;

| | |
|---|---|
| Principal and interest payable to CIT Bank, N.A. | $1,785.66 |
| Property taxes payable to the Town of East Granby | 712.37 |
| Homeowner Insurance payable to Safeco Insurance | 252.58 |
| Total | 2,750.61 |

6. Post-petition, both prior to and upon confirmation of the plan, the Debtor will pay the required monthly payments to her secured auto lender outside of the plan. Said payments of principal and interest for a loan in the amount of $13,668.79 (Claim No. 6) secured by the Debtor's automobile shall be paid to Santander Consumer USA Inc., in the amount of $301.71 monthly.

7. The Debtor has no Executory Contracts.

8. Other terms of the plan: None

9. In no event shall the amount to be distributed to each creditor under the plan be less than the value (as of the effective date of the plan) of the property upon which such creditor had an enforceable lien, plus the amount, if any, that would be paid such claim if the estate of the Debtor were to be liquidated under Chapter 7 of Title 11 of the United States Code.

10. With respect to each allowed secured claim:

a. The holder of such claim retains the lien securing such claim until the earlier of: (1) the payment of the underlying debt determined under non-bankruptcy law; or (2) discharge under Section 1328; and

b. If the case under this chapter is dismissed or converted without completion of the plan, such lien shall also be retained by such holder to the extent recognized by applicable non-bankruptcy law; and

c. The value, as of the effective date of the plan, of property to be distributed under the

plan on account of such claim is not less than the allowed amount of such claim and in no event shall the amount to be distributed to each creditor under the plan be less than the value (as of the effective date of the plan) of the property upon which such creditor has an enforceable lien.

11. Payments to the Trustee shall be made in installments conforming to the Debtor's payment plan over a period of 60 months in such amounts as may be required to provide for the payment of all costs of administration, the payment in full of all claims entitled to priority as defined in 11 U.S.C. 507, the present value of all allowed secured claims, and payments to unsecured creditors as hereinbefore provided.

A summary of all monthly payments to be made under the plan is as follows:

| | | | |
|---|---|---|---|
| a. | CIT Bank, N.A. | | $2,320.79 |
| b. | Connecticut Valley Radiology PC | | 48.21 |
| c. | CIT Bank, N.A. | | 4.17 |
| d. | Calvary SPV I, LLC | | 26.24 |
| e. | American Express Bank, FSB | | 95.66 |
| f. | American Express Bank, FSB | | 129.13 |
| g. | Total of Monthly Payments to Creditors | | $2,624.20 |
| h. | Trustee's Fee at 7.5% | | 196.82 |
| i. | Total Monthly Plan Payment | | $2,821.02 |

The Debtor's total plan payments to the Trustee shall be not less than $169,261.20   ($2821.02 x 60).

12. Title to the Debtor's property shall re-vest in the debtor after the dismissal of the case or the closing of the case upon the approval by the Court of the Trustee's final report and account. However no property received by the Trustee for the purpose of distribution under the plan shall re-vest in the Debtor except to the extent that such property is in excess of the amount needed to pay all allowed claims as provided in the plan.

13. Questions regarding this plan should be directed directly to the Debtor.

_____
Roberta C. Burns-MacNaughton
Debtor

P. O. Box 270
East Granby, CT 06026
Phone: 860-653-9327
Fax: 860-653-9327
Email: Kirk@MacBuilds.com

## CERTIFICATION OF SERVICE

The undersigned Debtor hereby certifies that this Chapter 13 Plan has been mailed to the following parties via first class mail on June 3, 2016.

Molly T. Whiton, Trustee
10 Columbus Boulevard
Hartford, CT 06106


Office of the United States Trustee
Kim McCabe
150 Court Street, Suite 302
New Haven, CT 06510


Santander Consumer USA Inc.
Mitchell J Levine, Esq.
Nair & Levin, P. C.
707 Bloomfield Avenue
Bloomfield, CT 06002


Santander Consumer USA, Inc.
P. O. Box 961245
Fort Worth, TX 76161-1245

CIT Bank, N.A., fka One West Bank, N. A., fka One West Bank, FSB
Patricia Davis
Marinosci Law Group
270 West Natick Road
Suite 500
Warwick, RI 02886

CIT Bank, N.A., fka One West Bank, N. A., fka One West Bank, FSB
P. O. Box 9013
Addison, TX 75001

Cavalry SPV I, LLC
500 Summit Lake Drive
Valhalla, NY 10595

Connecticut Valley Radiology PC
Gregory A. Benoit, Esq.
143 Boston Post Road
Waterford, CT 06385

American Express Bank, FSB
c/o Becket and Lee LLP
P. O. Box 3001
Malvern, PA 19355-0701