UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN THE MATTER OF

| | |
|---|---|
| ROBERTA BURNS-MacNAUGHTON | CHAPTER 13 |
|    Debtor | CASE NO. 15-22033 AMN |

**ORDER CONFIRMING**
**FIFTH AMENDED CHAPTER 13 PLAN**

The debtor's plan was filed on December 9, 2015 and was amended on July 14, 2016, ECF No. 77. The plan, a summary of the plan, or a summary of the final amendment of the plan, was transmitted to the creditors under Fed.R.Bankr.P. § 3015(d). The Court finds that the plan meets the requirements of 11 U.S.C. § 1325.

IT IS ORDERED THAT:

The debtor's Fifth Amended Chapter 13 Plan, ECF No. 77, is confirmed, with the following provision:

The debtor shall make payments in the amount of $3,004.21 to the trustee by bank check or money order monthly on the 9th day of each month, starting on August 9, 2016. The debtor has paid pre-confirmation payments of $17,747.36. Over the course of a 60-month period a dividend of not less than 100% shall be paid to creditors holding allowed unsecured claims.

Payable to the Standing Trustee

Molly T. Whiton, Standing Trustee
P.O. BOX 610
Memphis, TN 38101-0610

Dated at Hartford, Connecticut on August 8, 2016.

*Ann M. Nevins*
United States Bankruptcy Judge
District of Connecticut