UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF CONNECTICUT (HARTFORD)

In Re:  Roberta C. Burns-MacNaughton a/k/a          Chapter 13
        Roberta B. MacNaughton                       Case No.: 15-22033
            Debtor

CIT Bank, N.A., fka OneWest Bank, N.A., fka
OneWest Bank, FSB
            Movant,

vs.

Roberta C. Burns-MacNaughton a/k/a
Roberta B. MacNaughton
Molly T. Whiton, Esq., Trustee
        Respondents
_____/

## MOTION OF CIT BANK, NA FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT

CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB ("Movant"), a creditor in the above captioned Chapter 13 proceeding, moves this Court for an Order, pursuant to 11 U.S.C. §362(a) so that it may foreclosure a Mortgage which it holds on real property known and numbered as 10 Rolling Green, East Granby, CT 06026.  In support of its motion, Movant states the following:

1.    On August 24, 2007, Roberta B. MacNaughton ("Debtor") executed and delivered a Note (the "Note", a copy of which is attached hereto as Exhibit "A") to IndyMac Bank, F.S.B.   The Note was secured by a Mortgage also dated August 24, 2007, and recorded in the East Granby Official Records in Volume 170 at Page 139 (the "Mortgage", a copy of which is attached here to Exhibit "B") on real property owned by Debtor and known and numbered as 10 Rolling Green, East Granby, CT 06026 (the "Real Property").

2.    Movant is the holder of the mortgage by virtue of an Assignment of Mortgage dated April 8, 2005 and recorded in the East Granby Records in Volume 191 at Page 861 (the "Assignment", a copy of which is attached hereto as Exhibit "C").

3.      On May 29, 2012, Movant filed a complaint to foreclose in the Connecticut Superior Court, Case No. HHD-CV-6032108-S.

4.      On November 25, 2015, Debtor filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

5.      As of October 7, 2016, the delinquency owed by Debtor on the Note is $8,251.83. Movant estimates that, if a hearing on this motion is held within thirty days of the date of filing, an additional payment and late charges will come due and owing.

6.      According to Debtor's Schedules, the fair market value of the Real Property is $480,000.00 and is an admission by Debtor (attached hereto as Exhibit "D").

7.      Upon information and belief, there are no additional liens or encumbrances on the Real Property.

8.      As of October 7, 2016, the total outstanding balance owed on the Note was $609,875.44

9.      The estimated total amount of encumbrances on the Real Property is $609,875.44.

10.      According to the Proof of Claim filed on behalf of Movant the total prepetition arrearage was $139,012.64.

11.      The Debtor's Chapter 13 Plan was confirmed on August 9, 2016.

12.      Movant is entitled to relief from the automatic stay for cause pursuant to 11 U.S.C. §362(d)(1) because Debtor has not made payments pursuant to the Note and Mortgage.

13.      Movant is entitled to relief from the automatic stay for cause pursuant to 11 U.S.C. §362(d)(2) because Debtor has no equity in the Real Property and the Real Property is not necessary for an effective reorganization.

WHEREFORE, Movant  moves that the Court enter an Order granting Movant relief from the automatic stay pursuant to 11 U.S.C. §362(d) so that it, and its successors and assigns,  may proceed to exercise its rights pursuant to the Note and Mortgage.  They may also proceed according to applicable

state and federal law to continue a foreclosure action on the Real Property and that entry of the Order

shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(3).


CIT Bank, N.A., fka OneWest Bank, N.A., fka
OneWest Bank, FSB
By its attorneys,

Date: October 25, 2016                    /s/ Patricia A. Davis, Esq.
                                          Patricia A. Davis, Esq. # 25753
                                          Marinosci Law Group, P.C.
                                          275 West Natick Road, Suite 500
                                          Warwick, RI  02886
                                          Telephone:  (401) 234-9200 x 171
                                          pdavis@mlg-defaultlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF CONNECTICUT (HARTFORD)

In Re: Roberta C. Burns-MacNaughton a/k/a      Chapter 13
       Roberta B. MacNaughton             Case No.: 15-22033
       Debtor,

_____/

## CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 25th day of October, 2016, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in section 2 below.

1. Documents Served:

     1.      Motion for Relief

     2.      Affidavit in Support

     3.      Exhibits A through D

     4.      Proposed Order

     5.      Notice of Contested Matter

     6.      Certificate of Service

                                    /s/ Patricia A. Davis, Esq.
                                    Patricia A. Davis, Esq. # 25753
                                    Marinosci Law Group, P.C.
                                    275 West Natick Road, Suite 500
                                    Warwick, RI  02886
                                    Telephone:  (401) 234-9200

VIA ECF
U.S. Trustee, on behalf of the US Trustee
Molly T. Whiton, Esq., on behalf of the Trustee
Mitchell J. Levine, Esq., on behalf of Santander Consumer USA, Inc.

<u>VIA US MAIL</u>
Roberta C. Burns-MacNaughton
P.O. Box 270
East Granby, CT 06026

Town of East Granby – Tax Collector Office
Attn: Dorian Owens
9 Center Street
East Granby, CT 06026

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF CONNECTICUT (HARTFORD)

In Re:  Roberta C. Burns-MacNaughton a/k/a      Chapter 13
       Roberta B. MacNaughton        Case No.: 15-22033
         Debtor

CIT Bank, N.A., fka OneWest Bank, N.A., fka
OneWest Bank, FSB
       Movant,

vs.

Roberta C. Burns-MacNaughton a/k/a
Roberta B. MacNaughton
Molly T. Whiton, Esq., Trustee
       Respondents
_____/

## NOTICE OF CONTESTED MATTER RESPONSE DEADLINE

CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB (the "Movant") has

filed a Motion for Relief, (the "Contested Matter") in the above-captioned case.  Notice is hereby

given that any response to the Contested Matter must be filed with the Court no later than November

8, 2016. In the absence of a timely filed response, the proposed order in the Contested Matter *may*

enter without further notice and hearing, *see*, 11 U.S.C. § 102(1).

                                Movant
                                By its attorneys,

Date: October 25, 2016             /s/ Patricia David, Esq._____
                                Patricia Davis, Esq. #25753
                                Marinosci Law Group, P.C.
                                275 West Natick Road, Suite 500
                                Warwick, RI  02886
                                Telephone:  (401) 234-9200

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are
added after the response date set in this notice

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF CONNECTICUT (HARTFORD)

In Re:  Roberta C. Burns-MacNaughton a/k/a          Chapter 13
   Roberta B. MacNaughton                        Case No.: 15-22033
    Debtor

CIT Bank, N.A., fka OneWest Bank, N.A., fka
OneWest Bank, FSB
    Movant,

vs.

Roberta C. Burns-MacNaughton a/k/a
Roberta B. MacNaughton
Molly T. Whiton, Esq., Trustee
    Respondents
_____/

## **ORDER GRANTING**
## **MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

   After notice and a hearing, on CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest

Bank, FSB (hereafter, the "Movant") Motion for Relief from Stay (hereafter, the "Motion"), ECF No.

____

   **IT IS HEREBY ORDERED** that the Motion is **GRANTED** – the automatic stay of 11 U.S.C.

§ 362(a) is modified pursuant to section § 362(d) to permit the Movant, and/or its successors and

assigns, to commence, continue and prosecute to judgment a foreclosure action and otherwise exercise

its rights, if any, with respect to real property known 10 Rolling Green, East Granby, CT 06026 in

accordance with applicable state law, and

   **IT IS FURTHER ORDRED** that the 14-day stay of by Fed. R. Bankr. P. 4001(a)(3) is no

applicable and the Movant may immediately enforce and implement its Order.

   At _____ this _____ day of _____, 2016.

         _____
         U.S. BANKRUPTCY JUDGE