UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF CONNECTICUT (HARTFORD)

In Re: Roberta C. Burns-MacNaughton a/k/a
Roberta B. MacNaughton
    Debtor

Chapter 13
Case No.: 15-22033

FILED
2017 JAN 12 A 11: 0
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD

CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB
    Movant,

vs.

Roberta C. Burns-MacNaughton a/k/a
Roberta B. MacNaughton
Molly T. Whiton, Esq., Trustee
    Respondents

_____/

## **STIPULATION**

Now come Roberta C. Burns-MacNaughton ("Debtor") and CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB (together with its predecessors, successors, affiliates, principals, and assigns, "Creditor") and , in order to resolve Creditor's Motion for Relief from the Automatic Stay (ECF No. 87) hereby stipulate and agree as follows:

1) The post-petition arrearage in the within matter is $13,998.94 comprising the September 1, 2016 and October 1, 2016 monthly mortgage payments in the amount of $2,750.61 each, the November 1, 2016 through January 1, 2017 monthly mortgage payments in the amount of $2,758.82, the attorney's fees in the amount of $375.00 plus a $181.00 filing fee, less a suspense amount of $334.74.

2) Debtor agrees to make the following payments to Creditor:

    a) Payment of $2,333.19 on or before January 15, 2017;

    b) Payment of $2,333.15 on or before February 15, 2017;

    c) Payment of $2,333.15 on or before March 15, 2017;

    d) Payment of $2,333.15 on or before April 15, 2017;

    e) Payment of $2,333.15 on or before May 15, 2017; and

    f) Payment of $2,333.15 on or before June 15, 2017

3) Beginning with the payment due February 1, 2017, Debtor shall continue to make the regular monthly mortgage payment pursuant to the terms of the Note and Mortgage.

4) If Creditor does not receive one or more of the payments as set forth in Paragraphs 2 or a regular payment as set forth in Paragraph 3 for a period of six (6) months, beginning with the February 2017 payment then Creditor shall be entitled to file an Affidavit of Noncompliance with this Court on the tenth (10th) day following the mailing of a Notice of Default to (1) Debtor and (2) Debtor's Attorney.  **UPON THE FILING OF THE AFFIDAVIT OF NONCOMPLIANCE, AND AFTER NOTICE AND AN OPPORTUNITY FOR HEARING, BANA'S MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY MAY BE GRANTED PURSUANT TO 11 U.S.C. §362(d) FOR CAUSE FOR FAILURE TO MAKE POST-PETITION PAYMENTS.**

Agreed to on this 11th day January, 2017.

Respectfully Submitted,

Creditor
By its Attorneys,

/s/ Patricia A. Davis
Patricia A. Davis, Esq. #025753
Marinosci Law Group.
275 West Natick Road, Suite 500
West Warwick, RI  02886
(401) 234-9200
pdavis@mlg-defaultlaw.com

Debtor

Roberta C. Burns-MacNaughton

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF CONNECTICUT (HARTFORD)

In Re:  Roberta C. Burns-MacNaughton a/k/a
      Roberta B. MacNaughton
      Debtor

Chapter 13
Case No.: 15-22033

CIT Bank, N.A., fka OneWest Bank, N.A., fka
OneWest Bank, FSB
      Movant,

vs.

Roberta C. Burns-MacNaughton a/k/a
Roberta B. MacNaughton
Molly T. Whiton, Esq., Trustee
      Respondents

_____/

## ORDER GRANTING STIPULATION

After notice and in compliance with the Court's Bar Date Procedure, the Stipulation filed by CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB. , ECF No. ____.

**IT IS HEREBY ORDERED** that the Stipulation is **ALLOWED**

_____
UNITED STATES BANKRUPTCY JUDGE