UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF CONNECTICUT (HARTFORD)

| | |
|---|---|
| In Re:  Roberta C. Burns-MacNaughton a/k/a<br>          Roberta B. MacNaughton<br>              Debtor | Chapter 13<br>Case No.: 15-22033 |

CIT Bank, N.A., fka OneWest Bank, N.A., fka
OneWest Bank, FSB
          Movant,

vs.

Roberta C. Burns-MacNaughton a/k/a
Roberta B. MacNaughton
Molly T. Whiton, Esq., Trustee
          Respondents
_____/

### MOTION OF CIT BANK, NA FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT

CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB ("Movant"), a creditor in the above captioned Chapter 13 proceeding, moves this Court for an Order, pursuant to 11 U.S.C. §362(a) so that it may foreclosure a Mortgage which it holds on real property known and numbered as 10 Rolling Green, East Granby, CT 06026.  In support of its motion, Movant states the following:

1.      On August 24, 2007, Roberta B. MacNaughton ("Debtor") executed and delivered a Note (the "Note", a copy of which is attached hereto as Exhibit "A") to IndyMac Bank, F.S.B.  The Note was secured by a Mortgage also dated August 24, 2007, and recorded in the East Granby Official Records in Volume 170 at Page 139 (the "Mortgage", a copy of which is attached here to Exhibit "B") on real property owned by Debtor and known and numbered as 10 Rolling Green, East Granby, CT 06026 (the "Real Property").

2.      Movant is the holder of the mortgage by virtue of an Assignment of Mortgage dated April 8, 2005 and recorded in the East Granby Records in Volume 191 at Page 861 (the "Assignment", a copy of which is attached hereto as Exhibit "C").

3.      On May 29, 2012, Movant filed a complaint to foreclose in the Connecticut Superior

Court, Case No. HHD-CV-6032108-S.

4. On November 25, 2015, Debtor filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

5. As of December 15, 2017, the post-petition delinquency owed by Debtor on the Note is $9,139.20 (see "Affidavit in Support of Motion for Relief" attached hereto as Exhibit "D"). Movant estimates that, if a hearing on this motion is held within thirty days of the date of filing, an additional payment and late charges will come due and owing.

6. According to Debtor's Schedules, the fair market value of the Real Property is $480,000.00 and is an admission by Debtor (attached hereto as Exhibit "E").

7. Upon information and belief, there are no additional liens or encumbrances on the Real Property.

8. As of December 15, 2017, the total outstanding balance owed on the Note was $579,054.35 (see Exhibit "D").

9. The estimated total amount of encumbrances on the Real Property is $579,054.35.

10. According to the Proof of Claim filed on behalf of Movant the total prepetition arrearage was $139,012.64.

11. The Debtor's Chapter 13 Plan was confirmed on August 9, 2016 and provides for direct post-petition mortgage payments.

12. Movant is entitled to relief from the automatic stay for cause pursuant to 11 U.S.C. §362(d)(1) because Debtor has not made payments pursuant to the Note and Mortgage.

13. Movant is entitled to relief from the automatic stay for cause pursuant to 11 U.S.C. §362(d)(2) because Debtor has no equity in the Real Property and the Real Property is not necessary for an effective reorganization.

WHEREFORE, Movant moves that the Court enter an Order granting Movant relief from the automatic stay pursuant to 11 U.S.C. §362(d) so that it, and its successors and assigns, may proceed to

exercise its rights pursuant to the Note and Mortgage.  They may also proceed according to applicable state and federal law to continue a foreclosure action on the Real Property and that entry of the Order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(3).

|  |  |
|---|---|
|  | CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB<br>By its attorneys, |
| Date:  December 26, 2017 | /s/ Patricia A. Davis, Esq.<br>Patricia A. Davis, Esq. # 25753<br>Marinosci Law Group, P.C.<br>275 West Natick Road, Suite 500<br>Warwick, RI  02886<br>Telephone:  (401) 234-9200 x 171<br>pdavis@mlg-defaultlaw.com |

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF CONNECTICUT (HARTFORD)

In Re:  Roberta C. Burns-MacNaughton a/k/a            Chapter 13
       Roberta B. MacNaughton                       Case No.: 15-22033
        Debtor,

_____/

**CERTIFICATE OF SERVICE**

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 26th day of December 2017, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in section 2 below.

1. Documents Served:

    1. Motion for Relief

    2. Exhibits A through E

    3. Proposed Order

    4. Notice of Contested Matter

    5. Certificate of Service

                                                      /s/ Patricia A. Davis, Esq.
                                                       Patricia A. Davis, Esq. # 25753
                                                       Marinosci Law Group, P.C.
                                                       275 West Natick Road, Suite 500
                                                       Warwick, RI  02886
                                                       Telephone:  (401) 234-9200

<u>VIA ECF</u>
U.S. Trustee, on behalf of the US Trustee
Molly T. Whiton, Esq., on behalf of the Trustee
Mitchell J. Levine, Esq., on behalf of Santander Consumer USA, Inc.

<u>VIA US MAIL</u>
Roberta C. Burns-MacNaughton
P.O. Box 270
East Granby, CT 06026

Town of East Granby – Tax Collector Office
Attn: Dorian Owens
9 Center Street
East Granby, CT 06026

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF CONNECTICUT (HARTFORD)

| | |
|---|---|
| In Re:  Roberta C. Burns-MacNaughton a/k/a<br>         Roberta B. MacNaughton<br>              Debtor | Chapter 13<br>Case No.: 15-22033 |
| CIT Bank, N.A., fka OneWest Bank, N.A., fka<br>OneWest Bank, FSB<br>         Movant, | |
| vs. | |
| Roberta C. Burns-MacNaughton a/k/a<br>Roberta B. MacNaughton<br>Molly T. Whiton, Esq., Trustee<br>         Respondents<br>_____/ | |

**NOTICE OF CONTESTED MATTER RESPONSE DEADLINE**

CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB (the "Movant") has filed a Motion for Relief, (the "Contested Matter") in the above-captioned case.  Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than January 9, 2017. In the absence of a timely filed response, the proposed order in the Contested Matter *may* enter without further notice and hearing, *see*, 11 U.S.C. § 102(1).

|  |  |
|---|---|
|  | Movant<br>By its attorneys, |
| Date:  December 26, 2017 | /s/ Patricia David, Esq.<br>Patricia Davis, Esq. #25753<br>Marinosci Law Group, P.C.<br>275 West Natick Road, Suite 500<br>Warwick, RI  02886<br>Telephone:  (401) 234-9200 |

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF CONNECTICUT (HARTFORD)

In Re:  Roberta C. Burns-MacNaughton a/k/a            Chapter 13
       Roberta B. MacNaughton                                     Case No.: 15-22033
         Debtor

CIT Bank, N.A., fka OneWest Bank, N.A., fka
OneWest Bank, FSB
        Movant,

vs.

Roberta C. Burns-MacNaughton a/k/a
Roberta B. MacNaughton
Molly T. Whiton, Esq., Trustee
        Respondents
_____/

**ORDER GRANTING**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

After notice and a hearing, on CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB (hereafter, the "Movant") Motion for Relief from Stay (hereafter, the "Motion"), ECF No. ____.

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** – the automatic stay of 11 U.S.C. § 362(a) is modified pursuant to section § 362(d) to permit the Movant, and/or its successors and assigns, to commence, continue and prosecute to judgment a foreclosure action and otherwise exercise its rights, if any, with respect to real property known 10 Rolling Green, East Granby, CT 06026 in accordance with applicable state law, and

**IT IS FURTHER ORDRED** that the 14-day stay of by Fed. R. Bankr. P. 4001(a)(3) is no applicable and the Movant may immediately enforce and implement its Order.

At _____ this _____ day of _____, 2018.

                                                        _____
                                                        U.S. BANKRUPTCY JUDGE