UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF CONNECTICUT (HARTFORD)

In Re: Roberta C. Burns-MacNaughton a/k/a          Chapter 13
       Roberta B. MacNaughton                      Case No.: 15-22033
       Debtor

CIT Bank, N.A., fka OneWest Bank, N.A., fka
OneWest Bank, FSB
       Movant,

vs.

Roberta C. Burns-MacNaughton a/k/a
Roberta B. MacNaughton
Molly T. Whiton, Esq., Trustee
       Respondents
_____/

**FILED**

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD

2018 FEB - 8  P 2: 10

## STIPULATION

Now come Roberta C. Burns-MacNaughton ("Debtor") and CIT Bank, N.A., fka

OneWest Bank, N.A., fka OneWest Bank, FSB (together with its predecessors,

successors, affiliates, principals, and assigns, "Creditor") and , in order to resolve

Creditor's Motion for Relief from the Automatic Stay (ECF No. 95) hereby stipulate and

agree as follows:

1) The post-petition arrearage in the within matter is $12,791.64 comprising the

November 1, 2017 through February 1, 2018 monthly mortgage payments in the amount

of $3,058.96 each, plus attorney's fees in the amount of $375.00 plus a $181.00 filing

fee, less a suspense balance of $0.20.

2) Debtor agrees to make the following payments to Creditor:

a) Payment of $2,131.94 on or before February 15, 2018;

b) Payment of $2,131.94 on or before March 15, 2018;

c) Payment of $2,131.94 on or before April 15, 2018;

d) Payment of $2,131.94 on or before May 15, 2018;

e) Payment of $2,131.94 on or before June 15, 2018; and

f) Payment of $2,131.94 on or before July 15, 2018.

3) Beginning with the payment due March 1, 2018, Debtor shall continue to make the regular monthly mortgage payment pursuant to the terms of the Note and Mortgage.

4) If Creditor does not receive one or more of the payments as set forth in Paragraphs 2 or a regular payment as set forth in Paragraph 3 for a period of six (6) months, beginning with the March 2018 payment then Creditor shall be entitled to file an Affidavit of Noncompliance with this Court on the tenth (10th) day following the mailing of a Notice of Default to (1) Debtor and (2) Debtor's Attorney. **UPON THE FILING OF THE AFFIDAVIT OF NONCOMPLIANCE, AND AFTER NOTICE AND AN OPPORTUNITY FOR HEARING, BANA'S MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY MAY BE GRANTED PURSUANT TO 11 U.S.C. §362(d) FOR CAUSE FOR FAILURE TO MAKE POST-PETITION PAYMENTS.**

Agreed to on this ____ day February, 2018.

Respectfully Submitted,

Creditor
By its Attorneys,

/s/ Patricia A. Davis
Patricia A. Davis, Esq. #025753
Marinosci Law Group.
275 West Natick Road, Suite 500
West Warwick, RI 02886
(401) 234-9200
pdavis@mlg-defaultlaw.com

Debtor

Roberta C. Burns-MacNaughton

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF CONNECTICUT (HARTFORD)

In Re:  Roberta C. Burns-MacNaughton a/k/a  Chapter 13
  Roberta B. MacNaughton      Case No.: 15-22033
  Debtor

CIT Bank, N.A., fka OneWest Bank, N.A., fka
OneWest Bank, FSB
  Movant,

vs.

Roberta C. Burns-MacNaughton a/k/a
Roberta B. MacNaughton
Molly T. Whiton, Esq., Trustee
  Respondents

                /

## CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy
Procedure, 2002 and 7004, the undersigned certifies that on the ___ day of February, 2017,
the following documents were served on the U.S. Trustee and all appearing parties via the
court's electronic filing system or, by first class mail on the parties listed in section 2 below.

1. Documents Served:

  1. Stipulation

  2. Joint Motion to Approve

  3. Certificate of Service

  4. Proposed Order

              _Roberta C. Burns-MacNaughton_

VIA ECF
Patricia A. Davis, Esq., on behalf of CIT Bank, N.A.
Office of U.S. Trustee, on behalf of the US Trustee
Molly T. Whiton, on behalf of the Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF CONNECTICUT (HARTFORD)

In Re: Roberta C. Burns-MacNaughton a/k/a          Chapter 13
      Roberta B. MacNaughton                              Case No.: 15-22033
      Debtor

CIT Bank, N.A., fka OneWest Bank, N.A., fka
OneWest Bank, FSB
      Movant,

vs.

Roberta C. Burns-MacNaughton a/k/a
Roberta B. MacNaughton
Molly T. Whiton, Esq., Trustee
      Respondents

_____/

## **ORDER GRANTING**
## **STIPULATION**

After notice the Stipulation filed by CIT Bank, N.A., fka OneWest Bank, N.A., fka

OneWest Bank, FSB.

, ECF No. _____ .

**IT IS HEREBY ORDERED** that the Stipulation is **ALLOWED**

_____
UNITED STATES BANKRUPTCY JUDGE